UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
OCT 18, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

GREGORY FRANK SPEROW,

    Defendant/Petitioner.

Case No. 2:18-cv-01186 VAP (JEMx)

**JUDGMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order Granting the Government's Motion to Dismiss Gregory Frank Sperow's Rule 41(g) Petition, IT IS SO ORDERED AND ADJUDGED that Sperow's claims against Respondent are DISMISSED without leave to amend. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 10/18/18

                                  Virginia A. Phillips
                                Chief United States District Judge